09-20225.oa

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
**09_20225-CR-GRAHAM**

UNITED STATES OF AMERICA,
        Plaintiff(s),

vs.

JESUS JAVIER MACHADO,
        Defendant(s).
_____/

## ORDER DENYING UNOPPOSED MOTION TO MODIFY

**THIS MATTER** is before this Court on defendant's "Unopposed" Motion to Modify Conditions of Bond (D.E. 36), filed May 1, 2009. The Court has considered the motion and all pertinent materials in the file. The motion does not reflect any contact with the Pre-Trial Services Officer, who very likely may have opposition to this motion.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby Ordered and Adjudged that said motion be and the same is hereby **DENIED,** without prejudice.

DONE AND ORDERED this 6th day of May, 2009 at Miami, Florida.

STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Honorable Jose E. Martinez
    Counsel of record